IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW LOUIS ORASCO**                                        **PETITIONER**
*Reg #49363-044*

v.                       **CASE NO. 2:22-CV-00156-BSM**

**JOHN P. YATES,**
*Warden of FCI Forrest City Low*                                     **RESPONDENT**

## ORDER

After *de novo* review of the record, United States Magistrate Judge Edie R. Ervin's recommended disposition [Doc. No. 22] is adopted. Matthew Orasco's petition [Doc. No. 2] is dismissed without prejudice.

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE