IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**MATTHEW LOUIS ORASCO**                                                      **PETITIONER**
*Reg #49363-044*

v.                               **CASE NO. 2:22-CV-00156-BSM**

**JOHN P. YATES,**
*Warden of FCI Forrest City Low*                                              **RESPONDENT**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 30th day of December, 2022.

_____
UNITED STATES DISTRICT JUDGE